IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| WANDA PARKER, NORMA SHAW, MONTERIOUS BRENNON, WILMA GREEN, CHARLES LEWIS, BETTY SIMPSON, EARNEST MELVIN HENLY, SHANTELL PARKER, ROSE GEORGE, WILLIE SIMPSON<br><br>Plaintiffs,<br><br>v.<br><br>JT BAY, LLC<br>d/b/a PERFORMANCE<br>CLEANING GROUP<br><br>Defendant. | Civil Action No. 2:14-cv-00084 |

## JUDGMENT BY DEFAULT AGAINST DEFENDANT

Plaintiffs have filed a Motion for Default Judgment, pursuant to Rule 55(b)(1), Federal Rules of Civil Procedure. It appears that the Complaint in the above-styled case was filed in this Court on June 10, 2014, and that the Summons and Complaint was duly served on Defendant on June 23, 2014, and that no answer or other defense has been filed by Defendant. Default was entered against Defendant on July 16, 2014, in the office of the Clerk of this Court.

Upon review of the pleadings and evidence, including the Affidavits of Paul Scott and Plaintiffs,

Judgment is hereby entered in favor of Plaintiffs Wanda Parker, Norma Shaw, Monterious Brennon, Wilma Green, Charles Lewis, Betty Simpson, Willie Simpson,

Earnest Melvin Henly, Shantell Parker, and Rose George, and against Defendant JT BAY, LLC, d/b/a Performance Cleaning Group, as follows:

| Plaintiff | Judgment |
|---|---|
| Wanda Parker | $5,700. |
| Norma Shaw | $1,600. |
| Monterious Brennon | $3,000. |
| Wilma Green | $3,726. |
| Charles Lewis | $1,400. |
| Betty Simpson | $600. |
| Earnest Melvin Henly | $3,000. |
| Shantell Parker | $700. |
| Rose George | $910. |
| Willie Simpson | $1,000. |

Total amount of judgment: $21,636.

This 28th day of July, 2014

SCOTT L. POFF, CLERK

Cindy Axwell, Deputy Clerk
Clerk, United States District Court
Southern District of Georgia

Prepared by:
s/ Paul Scott
Paul Scott
Georgia Bar No. 140960
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
P. O. Box 220
Brunswick, GA 31521-0220
(912) 264-8544